Patrick CHRISTIAN, Plaintiff-Appellant,

v.

CITY OF RICHMOND, Defendant-Appellee.

No. 17-1267

United States Court of Appeals, Fourth Circuit.

Submitted: June 20, 2017

Decided: June 22, 2017

Patrick O. Christian, Appellant Pro Se.

Before SHEDD, WYNN, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick Christian appeals the district court's order dismissing with prejudice his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Christian v. City of Richmond*, No. 3:16-cv-00902-MHL (E.D. Va. Feb. 23, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

this court and argument would not aid the decisional process.

*AFFIRMED*